**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.    ) | **2:11cr191-MHT** |
| ) | **(WO)** |
| **KELVIN DEWAYNE ANDERSON** ) | |

**ORDER**

It is ORDERED that defendant Kelvin Dewayne Anderson's motion for sentence reduction (doc. no. 575) is referred to the Retroactivity Screening Panel for recommendation.

DONE, this the 22nd day of February, 2016.

                                 __/s/ Myron H. Thompson__
                                 **UNITED STATES DISTRICT JUDGE**