IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:11cr191-MHT
                            )            (WO)
                            )
KELVIN DEWAYNE ANDERSON     )
```

ORDER

This case is before the court on defendant Kelvin Dewayne Anderson's petition for early termination of supervised release. The court agrees that his supervision should be terminated early.

To date, Anderson has completed three years of his five-year term of supervised release without a single infraction. The supervising probation officer recommends early termination because "Anderson has successfully reintegrated back into society," and he has "demonstrated a pattern of stability," as evidenced by his compliance with all conditions of supervised release, his gainful employment as a general maintenance worker, his ownership of a small

agricultural distribution business, and his connection with, and commitment to, his wife and two children. *See* Response to Court Order (Doc. 673). For those same reasons, the government does not oppose the petition. *See* Response to Motion (Doc. 675).

Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), it is ORDERED that the petition for early termination of supervised release (Doc. 671) is granted; that defendant Kelvin Dewayne Anderson's supervised release is terminated; and that defendant Anderson is discharged.

DONE, this the 13th day of December, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**